UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                           Plaintiff,

                                                                     <u>ORDER</u>

                                                                      06-CR-6090L

                v.

LEONIS COLLINS,

                           Defendant.
_____

     By letter dated July 13, 2007, defendant requested that the Court modify the home detention condition imposed by the Court when it sentenced the defendant on March 19, 2007 to a 5-year term of probation. I have considered defendant's request and the opposition of the Probation Department.

     Defendant's motion to modify the sentence is denied.

     IT IS SO ORDERED.

                                                         _____
                                                            DAVID G. LARIMER
                                                      United States District Judge

Dated: Rochester, New York
         August 28, 2007.